IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN MAKARA | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 08-5545 |
| ALBERT EINSTEIN HEALTHCARE NETWORK | : |
| Defendant. | : |

## ORDER

And NOW, this _14th_ day of April, 2009, upon consideration of Defendant's Motion to Dismiss Count Three of Plaintiff's Complaint, it is hereby ORDERED that Defendant's Motion (Doc. No. 3) is GRANTED.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Shelley\08-5545 Makara v. Albert Einstein\Memo re MTD.wpd

-10-